UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BPROTOCOL FOUNDATION, ET AL.,

              Plaintiffs,

- against -

UNIVERSAL NAVIGATION INC., ET AL.,

              Defendants.

25-cv-4214 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs should file an amended complaint by **August 11, 2025**. The defendants should file any motion to dismiss by **August 27, 2025**. The plaintiffs should respond by **September 24, 2025**. The defendants should reply by **October 8, 2025**. The conference scheduled for September 10, 2025, is canceled.

SO ORDERED.

Dated:    New York, New York
            July 28, 2025

                                                  /s/ John G. Koeltl
                                                  John G. Koeltl
                                      United States District Judge