UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————

BPROTOCOL FOUNDATION, ET AL.,                25-cv-4214 (JGK)

                        Plaintiffs,          ORDER

        - against -

UNIVERSAL NAVIGATION INC., ET AL.,

                        Defendants.
——————————————————————

JOHN G. KOELTL, District Judge:

       The defendants are directed to provide the Court with paper

courtesy copies of all papers filed in connection with the fully

briefed motion to dismiss (ECF No. 52).

SO ORDERED.

Dated:    New York, New York
          November 5, 2025

                                    _____
                                        John G. Koeltl
                                    United States District Judge