UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BPROTOCOL FOUNDATION, ET AL.,          25-cv-4214 (JGK)

          Plaintiffs,          ORDER

      - against -

UNIVERSAL NAVIGATION INC., ET AL.,

          Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument on the defendants' motion to dismiss (ECF No. 52) on **Thursday, December 18, 2025, at 3:30 p.m.,** in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
        December 1, 2025

                           John G. Koeltl
                 United States District Judge