UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BPROTOCOL FOUNDATION, ET AL.,                25-cv-4214 (JGK)

             Plaintiffs,               ORDER

    - against -

UNIVERSAL NAVIGATION INC., ET AL.,

             Defendants.

---

JOHN G. KOELTL, District Judge:

    The oral argument currently scheduled for December 18, 2025, is continued to **Friday, January 23, 2026, at 2:30 p.m.**

SO ORDERED.

Dated:    New York, New York
        December 10, 2025

                         John G. Koeltl
               United States District Judge