UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BPROTOCOL FOUNDATION, et al.,
                                    Plaintiff(s)

                                                                    25 civ 4214 (JGK)

        -against-

UNIVERSAL NAVIGATION, INC. et al.,
                                    Defendant(s).
-----------------------------------------------------------------X

## ORDER

The oral argument scheduled for Friday, January 23, 2026 at 2:30pm, is **adjourned to**

**4:30pm, the same day**.

**SO ORDERED.**

_____
        **JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        January 14, 2026