**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BPROTOCOL FOUNDATION, ET AL.,

                               Plaintiffs,

        -against-                                        25 **CIVIL** 4214 (JGK)

                                                            **JUDGMENT**

UNIVERSAL NAVIGATION, INC., ET AL.,

                             Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated February 10, 2026, the defendants' motion to dismiss the plaintiffs' complaint is granted, and the action is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      February 13, 2026

                                              **TAMMI M. HELLWIG**

                                                  **Clerk of Court**

                    **BY:**

                                                    **Deputy Clerk**